UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAVALE DAVIS,

    Plaintiff,

v.                                          Case No. 3:18cv1382-LC/MJF

WARDEN BRYANT, et al.,

    Defendants.

_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated August 13, 2019 (doc. 38). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

After reviewing the Report and Recommendation, the Court has determined that it should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 38) is adopted and incorporated by reference in this order.

2. Plaintiff's motion for preliminary injunctive relief (doc. 34) is DENIED.

**DONE AND ORDERED** this 11th day of September, 2019.

                s/*L.A. Collier*
              **LACEY A. COLLIER**
              **SENIOR UNITED STATES DISTRICT JUDGE**