UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAVALE DAVIS,

    Plaintiff,

v.                                               Case No. 3:18-cv-1382-LC-MJF

RANDALL BRYANT, *et al.*,

    Defendants.

_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated September 25, 2020 (doc. 65). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having reviewed the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 65) is adopted and incorporated by reference in this order.

2.    Defendants' motion for summary judgment (Doc. 63) is **GRANTED**.

3. The clerk of the court shall enter judgment accordingly and close this case file.

**DONE AND ORDERED** this 27th day of October, 2020.

                _____s/L.A. Collier_____
                **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**